## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Claudio Chimenti

                      Plaintiff,

v.                                           Case No.: 1:19−cv−03298
                                                                 Honorable Jorge L. Alonso

Boeing Co., The, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: A motion for approval of settlement has been granted. The claims in the case are dismissed with prejudice. Civil case terminated. Notice mailed by Judge's staff (lf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.